

# Fourth Court of Appeals
## San Antonio, Texas

July 25, 2019

No. 04-18-00840-CR

Isaac **CARDENAS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR10269
Honorable Philip A. Kazen, Jr., Judge Presiding

# O R D E R

The State's Motion to Extend Time to File State's Brief is hereby GRANTED.

It is so **ORDERED** on July 25, 2019.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court